**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 24-CV-23812-MOORE/Elfenbein**

HOWARD COHAN,

 Plaintiff,

vs.

AT HOME STORES LLC,
d/b/a AT HOME,

 Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

 Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby gives notice that Plaintiff and Defendant, AT HOME STORES LLC, d/b/a AT HOME ("Defendant") (collectively "Parties"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 17th day of January, 2025.

| | |
|---|---|
| BY: *s/ Jason S. Weiss*<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 0356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive<br>Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>*Attorneys for Plaintiff* | BY: *s/ Paul J. De Boe*<br>Paul J. De Boe<br>Florida Bar Number 52051<br>**OGLETREE, DEAKINS, NASH,**<br>**SMOAK & STEWART, P.C.**<br>Two Datran Center<br>9130 S. Dadeland Boulevard, Suite 1625<br>Miami, Florida 33156<br>Telephone: 305.374.0506<br>Facsimile: 305.374.0456<br>paul.deboe@ogletreedeakins.com<br>*Attorneys for Defendant* |