UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-23812-MOORE/Elfenbein

HOWARD COHAN,

    Plaintiff,

vs.

AT HOME STORES LLC,
d/b/a AT HOME,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, AT HOME STORES LLC, d/b/a AT HOME ("Defendant"), has not served an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with Prejudice** with each party bearing his/their own attorneys' fees and costs.

                                                   BY:  *s/ Jason S. Weiss*
                                                                  Jason S. Weiss
                                                                  Jason@jswlawyer.com
                                                                  Florida Bar No. 0356890
                                                                **WEISS LAW GROUP, P.A.**
                                                                  5531 N. University Drive
                                                                 Suite 103
                                                                  Coral Springs, FL 33067
                                                                 Tel: (954) 573-2800
                                                                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: *s/ Jason S. Weiss*
Jason S. Weiss